IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZA VALIDO-SHADE, et al. | : | MDL DOCKET NO. 1203 |
| v. | : | |
| WYETH LLC, et al. | : | CIVIL ACTION NO. 12-20003 |

## PRETRIAL ORDER NO. 9355

AND NOW, this 26th day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs to transfer this action to the United States District Court for the Southern District of Florida is DENIED; and

(2) the emergency motion of plaintiffs to stay proceedings is DENIED as moot.

BY THE COURT:

_Harvey Bartle_ J.