IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIZA VALIDO-SHADE, et al.  :  MDL DOCKET NO. 1203
                           :
    v.                     :
                           :  CIVIL ACTION
WYETH LLC, et al.          :  NO. 12-20003

**PRETRIAL ORDER NO. 9368**

AND NOW, this 31st day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants for summary judgment (Doc. #21) is GRANTED; and

(2) the Daubert motion of defendants to exclude the expert testimony of Lewis Rubin, M.D. and Laurence A. Berarducci, M.D. (Doc. #21) is DENIED as moot.

BY THE COURT:

_____ J.