IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZA VALIDO-SHADE, et al. | : | MDL DOCKET NO. 1203 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| WYETH LLC, et al. | : | NO. 12-20003 |

**PRETRIAL ORDER NO. 9368 A**

AND NOW, this 31st day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that summary judgment is entered in favor of defendants Wyeth, LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Ayerst International, Inc. and against plaintiffs Liza Valido-Shade and Tim Shade.

BY THE COURT:

/s/ Harvey Bartle J.